UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UEL JOE FREEMAN, | ) |
| Petitioner, | ) |
| v. | ) No. 4:22-cv-00794-SEP |
| MICHELE BUCKNER, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Self-represented Petitioner Uel Joe Freeman has submitted a document that has been construed as a petition for writ of habeas corpus under 28 U.S.C. § 2241. The petition is not on a Court-provided form, however, as required by the Local Rules. E.D. Mo. L.R. 2.06(A). Moreover, Petitioner has neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*.

Petitioner is therefore directed to file an amended petition on a Court-provided form. He is also directed to either pay the entire filing fee or file a motion for leave to proceed *in forma pauperis*. Petitioner shall have **thirty (30) days** to comply with these instructions. If he fails to comply, the Court will dismiss this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send Petitioner a copy of the Court's 28 U.S.C. § 2241 petition for writ of habeas corpus form. Petitioner shall use that form to file an amended petition within **thirty (30) days** of the date of this Order. If he fails to do so, the Court will dismiss this action without prejudice and without further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send Petitioner a copy of the Court's application for leave to proceed *in forma pauperis*. Petitioner shall either use that form to file a motion for leave to proceed *in forma pauperis* or pay the entire filing fee. If Petitioner fails to do so within **thirty (30) days** of the date of this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 14th day of September, 2022.

/s/ Sarah E. Pitlyk
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE